# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: | )<br>) |
| CORPORATION OF SOUTHERN<br>VERMONT COLLEGE, INC.,<br>dba SOUTHERN VERMONT COLLEGE,<br><br>Debtor. | )   Case No. 20-10212-cab<br>)   *Chapter 7 Case*<br>)<br>)<br>) |

## STIPULATED CONSENT FOR ORDER OF DISMISSAL OF CHAPTER 7 CASE AND DISCHARGE OF TRUSTEE

The Chapter 7 Debtor, Chapter 7 Trustee, and Office of US Trustee, based upon agreement of the parties for the voluntary and immediate dismissal of this Chapter 7 case, without prejudice to refile, such parties consenting to the dismissal without prejudice, such consent being before the Court,

IT IS ORDERED that the Chapter 7 case of the above referenced Debtor is DISMISSED without prejudice; and

IT IS FURTHER ORDER that the Chapter 7 Trustee is discharged.

DATED at Burlington, Vermont: Friday, July 3, 2020

_____
Honorable Colleen A. Brown
US Bankruptcy Court

APPROVED AS TO FORM:

___*e-consent*_____
Heather A. Cooper, Esq.
Attorney to Chapter 7 Debtor


___/s/ Raymond J. Obuchowski, Esq.___
Raymond J. Obuchowski, Esq.
Chapter 7 Trustee


_____*e-consent*_____
Lisa M. Penpraze, Esq.
Office of US Trustee