**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
07/03/2020

IN RE: )
)
CORPORATION OF SOUTHERN ) Case No. 20-10212-cab
VERMONT COLLEGE, INC., ) *Chapter 7 Case*
dba SOUTHERN VERMONT COLLEGE, )
)
Debtor. )

**ORDER ON TRUSTEE'S MOTION FOR EMERGENCY HEARING ON TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 7 CASE OR ALTERNATIVELY ABANDONMENT OF PROPERTY AND SETTING JULY 4, 2020 HEARING, VIA ZOOM**

On July 3, 2020, Raymond J. Obuchowski, Chapter 7 Trustee of the Bankruptcy Estate of the Corporation of Southern Vermont College, Inc. ("Trustee") filed a motion seeking (the "Emergency Motion")₁ seeking an emergency hearing on his motion (Doc. #8) (the "Motion") for an order: (i) dismissing the Chapter 7 case, or alternatively, (ii) approving abandonment of the Campus property ("Campus") due to a pre-petition Occupancy Agreement ("Agreement") which would result in the Estate's property at the Campus being used and occupied with purportedly 350-400 campers commencing on Sunday July 5, 2020. The Trustee asserts in the Motion that, as of July 3, 2020, he had not received proof of insurance, nor information showing performance of the conditions to protect the bankruptcy estate from liability, from the party who had contracted to occupy the Campus, starting on July 5, 2020, and therefore he needs relief from this Court to protect the estate. The Trustee also states if the Campus property remains in the estate, the Trustee will need authority from this Court to operate the Debtor's business under section 721 of the Bankruptcy Code.

In order to more fully set forth the factual basis for the relief he seeks, describe the current status of the estate, explain the efforts the Trustee had made to resolve these issues prior to filing the Motion, identify the key parties and attorneys who would need to have notice of any emergency hearing, and specify when the Trustee seeks to have an emergency hearing held, the Trustee filed a supplement to the Motion (doc. # 11).

Based on the record in this case, THE COURT FINDS the Trustee has demonstrated exigent circumstances sufficient to warrant an emergency hearing, held on extremely short notice, in order to protect the interests of this bankruptcy estate.

THE COURT FURTHER FINDS that it best serves the interests of justice, the creditors, parties in interest and Debtor in this case, to hold the hearing via Zoom, rather than in person or by telephone. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Emergency Motion for hearing on shortened notice is GRANTED.

2. The Court will hold a hearing on the motion and any responses **at 10:00 a.m. on July 4, 2020,** via Zoom, i.e., at the Court's "audio-video / zoom location; and the courtroom deputy shall provide the zoom information to all key parties (as identified by the Trustee), at least 12 hours before the hearing. Anyone else who wishes to participate in this hearing may contact the courtroom deputy (jody_kennedy@vtb.uscourts.gov) to get the necessary zoom access information.

3. The Trustee is directed to serve a copy of this Order on applicable notice parties by electronic means (telefax or electronic mail) and provide the Courtroom Deputy a list of interested parties electronic addresses by 9:00 P.M. on July 3, 2020.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5. Although written objections are not required, the Court encourages any party who opposes the relief the Trustee' Motion to file a written objection by 9:00 a.m. on July 4, 2020.

Dated at Burlington, Vermont this July 3, 2020 at 7:55 PM.

_____
Honorable Colleen A. Brown
U.S. Bankruptcy Court

United States Bankruptcy Court
District of Vermont

In re:  Case No. 20-10212-cab
Corporation of Southern Vermont College,  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2    User: jmk    Page 1 of 1    Date Rcvd: Jul 06, 2020
                      Form ID: pdf714    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db         +Corporation of Southern Vermont College, Inc.,    PO Box 377,    Bennington, VT 05201-0377
aty        +Christopher M Desiderio,    Nixon Peabody LLP,    Tower 46,    55 West 46th Street, 24th floor,
              New York, NY 10036-4277
cr         +Community Bank, N.A.,    Post Office Box 1009,    Burlington, VT 05402-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2020 at the address(es) listed below:
      Alexandra E. Edelman    on behalf of Creditor    Community Bank, N.A. aedelman@primmer.com,
       cmeilleur@primmer.com
      Heather Z Cooper    on behalf of Debtor    Corporation of Southern Vermont College, Inc.
       hcooper@fgmvt.com,    lclifford@fgmvt.com
      Raymond J Obuchowski    on behalf of Trustee Raymond J Obuchowski, Chapter 7 Trustee
       ray@oeblaw.com,    marie@oeblaw.com;brian@oeblaw.com;G18313@notify.cincompass.com
      Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
       VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
      U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                               TOTAL: 5